## EXHIBIT A

**Itemized Costs for Non-Appearance of Witnesses at Schedule Depositions**

1. Alexander Santiago's First Scheduled Deposition:
   a. Court Reporter: $89.25
   b. Interpreting Services: $145.00
2. Alexander Santiago's Second Scheduled Deposition:
   a. Court Reporter: $89.25
3. Subpoena Services for all witnesses: $737.44
4. First Scheduled Depositions for Esperanza Nguyen Paios and Maidoly Santiago:
   a. Court Reporter: $178.50
   b. Interpreting Services: $435.00
5. First Scheduled Depositions for Trough Duc Bui and Quacnam Alejandro Bui:
   a. Court Reporter: $178.50
   b. Interpreting Services: $290.00

            TOTAL:  $2,142.94

Friedman Lombardi & Olson
19 West Flagler Street
Suite 905
Miami, FL 33130
Phone: 305-371-6677  Fax: 305-374-5292

# INVOICE

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 102653 | 10/31/2015 | 140215 |
| Job Date | Case No. | |
| 10/30/2015 | 15-CV-21317-MGC | |
| Case Name | | |
| QUOC KHANH BUI V. MINORITY MOBILE SYSTEM | | |
| Payment Terms | | |

Rodolfo Gomez, Esq.
Allen, Norton & Blue, P.A.
121 Majorca Avenue
Suite 300
Coral Gables, FL  33134

ORIGINAL AND 1 CERTIFIED COPY OF TRANSCRIPT OF:
　　ALEXANDER SANTIAGO
　　　Attendance - First two hours

1.00 Pages    4.
　　　　　　　85.

TOTAL DUE >>>    $89.2
AFTER 12/9/2015 PAY    $98.

RECEIVED NOV 16 2015

PPT

APPROVED FOR PAYMENT
CLIENT # 2979.005
INITIALS GMF
DATE 11/16/2015

Thank you.  Your business is appreciated.

PAYMENT NOT CONTINGENT ON CLIENT REIMBURSEMENT

We now accept all major credit cards.

Tax ID: 46-3562098

Phone: 305-445-7801    Fax: 305-442-15

*Please detach bottom portion and return with payment.*

Rodolfo Gomez, Esq.
Allen, Norton & Blue, P.A.
121 Majorca Avenue
Suite 300
Coral Gables, FL  33134

Invoice No.   : 102653
Invoice Date  : 10/31/2015
**Total Due**   : **$ 89.25**
AFTER 12/9/2015 PAY $98.18

Remit To: **Friedman Lombardi & Olson**
　　　　**19 West Flagler Street**
　　　　**Suite 905**
　　　　**Miami, FL  33130**

Job No.    : 140215
BU ID      : 3-MAIN
Case No.   : 15-CV-21317-MGC
Case Name  : QUOC KHANH BUI V. MINORITY MOBILE SYSTEM



**Precision Translating Services, Inc.**
715 SW 73rd Avenue
Miami, FL 33144
Tel 305-373-7874  Fax 305-381-7874
WWW.PRETRAN.COM

Written: translations@pretran.com
Spoken: interpreting@pretran.com
Events: conferences@pretran.com
Broadcast: broadcast@pretran.com

# INVOICE
billing@pretran.com

**FEDERAL IDENTIFICATION NUMBER 65-0746269**

November 2, 2015

Attn: Rodolfo Gomez, Esquire
Allen, Norton and Blue, P.A.
121 Majorca Avenue
Suite 300
Coral Gables, FL 33134

APPROVED FOR PAYMENT
CLIENT # 2974.005
INITIALS GMF
DATE 11/4/2015

| | | | |
|---|---|---|---|
| 10/30/2015 | SPANISH INTERPRETING SERVICES<br>Reference: Quoc Khanh Bui vs. Minority Mobile System, Inc.<br>For: Alexander Santiago<br>Appearance: 9:00 am<br>Travel Time: 0 Hours<br>Address: 121 Majorca Avenue Suite 300, Coral Gables<br>Type of Job: Deposition<br>Interpreter: Francarlos Moldes-Cruz | 1.00 Hours | $145.00 |

RECEIVED
NOV 1 2 2015
PPT

Balance Due $145.00

Invoice No 1511-47635-I

Please include invoice number with your payment.

Thank you for your business.
Have a great day!

PTSI Job No  I-53162

**VICENTE J. DE LA VEGA, PRESIDENT**    THANK YOU

# INVOICE

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 102523 | 11/30/2015 | 141079 |
| Job Date | Case No. | |
| 11/2/2015 | 15-CV-21317-MGC | |
| Case Name | | |
| QUOC KHANH BUI V. MINORITY MOBILE SYSTEM | | |
| Payment Terms | | |

Friedman Lombardi & Olson
19 West Flagler Street
Suite 905
Miami, FL 33130
Phone:305-371-6677   Fax:305-374-5292

Rodolfo Gomez, Esq.
Allen, Norton & Blue, P.A.
121 Majorca Avenue
Suite 300
Coral Gables, FL 33134

ORIGINAL AND 1 CERTIFIED COPY OF TRANSCRIPT OF:
   ALEXANDER SANTIAGO
       Attendance - First two hours

| | 1.00 Pages | 4.25 |
|---|---|---|
| | | 85.00 |
| | TOTAL DUE >>> | $89.25 |
| | AFTER 12/31/2015  PAY | $98.18 |

Thank you. Your business is appreciated.

PAYMENT NOT CONTINGENT ON CLIENT REIMBURSEMENT

We now accept all major credit cards.

RECEIVED
DEC - 7 2015
PPT

APPROVED FOR PAYMENT
CLIENT # 2924.005
INITIALS  YMF
DATE  12/07/2015

Tax ID: 46-3562098

Phone: 305-445-7801   Fax:305-442-1578

*Please detach bottom portion and return with payment.*

Rodolfo Gomez, Esq.
Allen, Norton & Blue, P.A.
121 Majorca Avenue
Suite 300
Coral Gables, FL  33134

Invoice No.    : 102523
Invoice Date  : 11/30/2015
**Total Due**  : **$ 89.25**
AFTER 12/31/2015 PAY $98.18

Job No.     : 141079
BU ID       : 3-MAIN
Case No.    : 15-CV-21317-MGC
Case Name   : QUOC KHANH BUI V. MINORITY MOBILE SYSTEM

Remit To:  **Friedman Lombardi & Olson**
           **19 West Flagler Street**
           **Suite 905**
           **Miami, FL  33130**

# Invoice

Keen Investigations and Process Serving
12973 SW 112 St., Ste 137
Miami, FL 33186

| Date | Invoice # |
|---|---|
| 9/20/2015 | 2391 |

**Bill To**
Allen Norton & Blue
121 Majorca Ave.
Coral Gables, FL

| Subject | Clients File # | Terms |
|---|---|---|
| Quoc Bui | 15-CV-21317 | Due on receipt |

| Date | Description | Amount |
|---|---|---|
| | Subpoena service - Rush service: Served- Maidoly Santiago, Aleaxander Santiago, Quoc Bui, Quocnam Bui, Troug Bui & Esperanza Paios | 480.00 |
| | fronting of checks: Esperanz Paios, Quocnam Bui & Troug Bui; $63 each; Maidoly Santiago $48.44 | 237.44 |
| | fee to front checks | 20.00 |

APPROVED FOR PAYMENT
CLIENT # 2877.005
INITIALS _____
DATE 09/21/2015

RECEIVED
SEP 21 2015
PPT

Tax ID:65-0371273 - Thank you for your business!

**Total** $737.44

# INVOICE

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 102522 | 11/30/2015 | 140216 |
| Job Date | Case No. | |
| 11/3/2015 | 15-CV-21317-MGC | |

**Case Name**

QUOC KHANH BUI V. MINORITY MOBILE SYSTEM

**Payment Terms**

Friedman Lombardi & Olson
19 West Flagler Street
Suite 905
Miami, FL 33130
Phone:305-371-6677  Fax:305-374-5292

Rodolfo Gomez, Esq.
Allen, Norton & Blue, P.A.
121 Majorca Avenue
Suite 300
Coral Gables, FL 33134

| | | |
|---|---|---|
| ORIGINAL AND 1 CERTIFIED COPY OF TRANSCRIPT OF: | | |
| ESPERANZA NGUYEN PAIOS | 1.00 Pages | 4.25 |
| ORIGINAL AND 1 CERTIFIED COPY OF TRANSCRIPT OF: | | |
| MAIDOLY SANTIAGO | 1.00 Pages | 4.25 |
| Attendance - First two hours | | 85.00 |
| Attendance - Additional two hours | | 85.00 |
| **TOTAL DUE >>>** | | **$178.50** |
| AFTER 12/31/2015 PAY | | $196.35 |

Thank you. Your business is appreciated.

PAYMENT NOT CONTINGENT ON CLIENT REIMBURSEMENT

We now accept all major credit cards.

RECEIVED
DEC - 7 2015

PPT

APPROVED FOR PAYMENT
CLIENT # 00297Y005
INITIALS  GMF
DATE  12/02/2015

**Tax ID:** 46-3562098

Phone: 305-445-7801    Fax:305-442-157(

*Please detach bottom portion and return with payment.*

Rodolfo Gomez, Esq.
Allen, Norton & Blue, P.A.
121 Majorca Avenue
Suite 300
Coral Gables, FL 33134

Invoice No.  : 102522
Invoice Date : 11/30/2015
**Total Due** : **$ 178.50**
AFTER 12/31/2015 PAY $196.35

Job No.   : 140216
BU ID     : 3-MAIN
Case No.  : 15-CV-21317-MGC
Case Name : QUOC KHANH BUI V. MINORITY MOBILE SYSTEM

Remit To: **Friedman Lombardi & Olson**
**19 West Flagler Street**
**Suite 905**
**Miami, FL  33130**



Precision Translating Services, Inc.
715 SW 73rd Avenue
Miami, FL 33144
Tel 305-373-7874  Fax 305-381-7874
WWW.PRETRAN.COM

Written: translations@pretran.com
Spoken: interpreting@pretran.com
Events: conferences@pretran.com
Broadcast: broadcast@pretran.com

# INVOICE
billing@pretran.com

FEDERAL IDENTIFICATION NUMBER 65-0746269

November 4, 2015

Attn: Rodolfo Gomez, Esquire
Allen, Norton and Blue, P.A.
121 Majorca Avenue
Suite 300
Coral Gables, FL 33134

APPROVED FOR PAYMENT
CLIENT # 2974.005
INITIALS  YMF
DATE  11/6/2015

| | | | |
|---|---|---|---|
| 11/03/2015 | SPANISH INTERPRETING SERVICES | 3.00 Hours | $435.00 |
| | Reference: Quoc Khanh Bui vs. Minority Mobile System, Inc. | | |
| | For: Esperanza Nguyen Paios, Maidoly Santiago | | |
| | Appearance: 9:00 am-11:45am (9am & 11am) | | |
| | Travel Time: 0 Hours | | |
| | Address: 121 Majorca Avenue Suite 300, Coral Gables | | |
| | Type of Job: Deposition | | |
| | Interpreter: Francarlos Meldes-Cruz | | |

Balance Due                                                                 $435.00

Invoice No. 1511-47663-I

Please include invoice number with your payment.

Thank you for your business.                    PTSI Job No  I-53163
Have a great day!

VICENTE J. DE LA VEGA, PRESIDENT                                    THANK YOU

# INVOICE

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 102505 | 11/30/2015 | 140775 |
| Job Date | Case No. | |
| 11/4/2015 | 15-CV-21317-MGC | |

**Case Name**

QUOC KHANH BUI V. MINORITY MOBILE SYSTEM

**Payment Terms**

Friedman Lombardi & Olson
19 West Flagler Street
Suite 905
Miami, FL 33130
Phone: 305-371-6677  Fax: 305-374-5292

Rodolfo Gomez, Esq.
Allen, Norton & Blue, P.A.
121 Majorca Avenue
Suite 300
Coral Gables, FL 33134

| Description | | |
|---|---|---|
| ORIGINAL AND 1 CERTIFIED COPY OF TRANSCRIPT OF: TROUG DUC BUI | 1.00 Pages | 4.25 |
| ORIGINAL AND 1 CERTIFIED COPY OF TRANSCRIPT OF: QUACNAM ALEJANDRO BUI | 1.00 Pages | 4.25 |
| Attendance - First two hours | | 85.00 |
| Attendance - Additional two hours | | 85.00 |
| **TOTAL DUE >>>** | | **$178.50** |
| AFTER 12/31/2015 PAY | | $196.35 |

Thank you. Your business is appreciated.

PAYMENT NOT CONTINGENT ON CLIENT REIMBURSEMENT

We now accept all major credit cards.

RECEIVED
DEC - 7 2015
PPT

APPROVED FOR PAYMENT
CLIENT # 29.74.005
INITIALS  WMF
DATE  12/02/2015

Tax ID: 46-3562098

Phone: 305-445-7801  Fax: 305-442-1578

*Please detach bottom portion and return with payment.*

---

Rodolfo Gomez, Esq.
Allen, Norton & Blue, P.A.
121 Majorca Avenue
Suite 300
Coral Gables, FL 33134

Invoice No.  : 102505
Invoice Date : 11/30/2015
**Total Due**   : **$ 178.50**

AFTER 12/31/2015 PAY $196.35

Job No.    : 140775
BU ID      : 3-MAIN
Case No.   : 15-CV-21317-MGC
Case Name  : QUOC KHANH BUI V. MINORITY MOBILE SYSTEM

Remit To: **Friedman Lombardi & Olson**
**19 West Flagler Street**
**Suite 905**
**Miami, FL 33130**



Precision Translating Services, Inc.
715 SW 73rd Avenue
Miami, FL 33144
Tel 305-373-7874  Fax 305-381-7874
WWW.PRETRAN.COM

Written: translations@pretran.com
Spoken: interpreting@pretran.com
Events: conferences@pretran.com
Broadcast: broadcast@pretran.com

# INVOICE
billing@pretran.com

**FEDERAL IDENTIFICATION NUMBER** 65.0746269

November 5, 2015

Attn: Rodolfo Gomez, Esquire
Allen, Norton and Blue, P.A.
121 Majorca Avenue
Suite 300
Coral Gables, FL 33134

APPROVED FOR PAYMENT
CLIENT # 2979.005
INITIALS
DATE 11/12/2015

| Date | Description | Hours | Amount |
|---|---|---|---|
| 11/04/2015 | SPANISH INTERPRETING SERVICES<br>Reference: Quoc Khanh Bui vs. Minority Mobile System, Inc.<br>For: Troug Duc Bui, Quancnam Alejandro Bui<br>Time: 9:00 am (appearance); 11:00 am (appearance)<br>Travel Time: 0 Hours<br>Address: 121 Majorca Avenue Suite 300, Coral Gables<br>Type of Job: Deposition<br>Interpreter: Francarlos Moldes-Cruz | 2.00 Hours | $290.00 |

RECEIVED
NOV 1 8 2015
PPT

**Balance Due**  $290.00

Invoice No 1511-47674-I

Please include invoice number with your payment.

Thank you for your business.
Have a great day!

PTSI Job No  I-53164

VICENTE J. DE LA VEGA, PRESIDENT     THANK YOU