UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 15-21317-Civ-COOKE/TORRES

QUOC KHANH BUI, individually,
and on behalf of himself and all
others similarly-situated,

       Plaintiff,

vs.

MINORITY MOBILE SYSTEM, INC.,
ITRANSPORT SERVICES, INC.,
both Florida Corporations, ALEIDA COBO,
individually, and JOANNE R. URQUIOLA,
individually,

       Defendants.
_____/

## ORDER GRANTING DEFENDANTS' MOTIONS FOR COSTS

       This matter is before the Court on two pending motions for costs that were filed pursuant to the Court's December 4, 2015 Omnibus Order [D.E. 93]: Defendants' Motion for Costs dated December 17, 2015 [D.E. 97] and Defendants' Second Motion for Costs dated December 22, 2015 [D.E. 101]. The response periods for both motions have now passed but no responses in opposition to either motion was filed. Accordingly, the motions are due to be Granted by default under S.D. Fla. Local R. 7.1. In addition, good cause exists in the record to grant the motions for the amounts requested.

       1.    Pursuant to Judge Cooke's December 4, 2015 Omnibus Order [D.E. 93], Plaintiffs were held responsible for paying all costs incurred by Defendants in

connection with the scheduled depositions of Plaintiff Alexander Santiago, Maidoly Santiago, Esperanza Nguyen Paios, Quocnaun Bui, and Troug Bui, which were not taken because the witnesses did not show. Plaintiffs were also held responsible for paying all costs incurred by Defendants in connection with the depositions of Plaintiff Alexander Santiago, Maidoly Santiago, and Esperanza Nguyen Paios, which were ultimately taken on December 15, 2015 and December 16, 2015.

2. Pursuant to that Order, Defendants filed the pending motions that provided support for the cost of all the depositions included in the Court's Order. Defendants seek $2,142.94 and $2,092.50 respectively.

3. Defendants complied with Local Rule 7.1(a)(3) and 7.3(c) prior to serving each motion, and no response in opposition was received in either case. Nor has a response been filed to either pending motion.

4. The Court's review of the supporting materials shows that the amounts requested are fully supported and justified by the record. Additionally, the Court finds that the amounts sought in each motion are reasonable for the type of cost contemplated by the Court's Order. Moreover, Defendants are entitled to the full amount of the costs requested as per the Court's December 4, 2015 Order as well as the authority granted to the Court under Fed. R. Civ. P. 37.

Accordingly, pursuant to the Court's December 4, 2015 Order, it is hereby

**ORDERED AND ADJUDGED**:

A. Defendants' pending motions to tax costs are **GRANTED**.

B. Plaintiffs QUOC KHANH BUI and ALEXANDER SANTIAGO are jointly and severally liable for the amounts requested in the motions to tax costs: $2,142.94 and $2,092.50, respectively. Payment for these amounts shall be made to Defendants, via Defendants' counsel's trust account, no later than January 18, 2016.

C. Plaintiffs' failure to comply with this Order may result in a finding of contempt of Court under the Court's inherent authority, as well as additional sanctions up to and including dismissal of their claims or preclusion of testimony at trial pursuant to Fed. R. Civ. P. 37.

**DONE** and **ORDERED** in Chambers, Miami, Florida this 11th day of January, 2016.

*/s/ Edwin G. Torres*
EDWIN G. TORRES
United States Magistrate Judge